**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
(201) 536-9220
Attorneys for Defendant Pfizer Inc.

RECEIVED
DEC 11 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FACTEON, INC.<br><br>Plaintiff,<br><br>vs.<br><br>COMP CARE PARTNERS, LLC<br>SAMUEL PEREZ<br>RENE GUZMAN<br>ALAINE KAMIN-MACK<br>LINA GARCIA<br>KAROL GAMBINO<br>PFIZER, INC.<br><br>Defendants. | Civil Action No. 3:13-cv-06765-JAP-DEA<br><br>Hon. Joel A. Pisano<br><br>STIPULATION AND CONSENT ORDER TO EXTEND THE TIME IN WHICH DEFENDANT PFIZER INC. MAY FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

This matter having been opened to the Court by Defendant Pfizer Inc. ("Pfizer"), by and through its attorneys Hughes Hubbard & Reed LLP, upon the consent of Cozen O'Connor, attorneys for Plaintiff Facteon, Inc., for an Order pursuant to Local Civil Rule 6.1(a) extending the time in which Pfizer may file an Answer or otherwise respond to Plaintiff's Complaint, which was served on November 18, 2013; and this being the first and only extension that Pfizer has sought, including an extension on order granted by the Clerk pursuant to Local Rule Civil 6.1(b); and good cause appearing;

IT IS on this ___11___ day of December 2013,

ORDERED that the time in which Defendant Pfizer may file an Answer or otherwise respond to Plaintiff's Complaint is hereby extended from December 9, 2013, to January 17, 2014.

_____
Hon. Joel A. Pisano, U.S.D.J.

**Douglas E. Arpert, U.S.M.J.**

The undersigned counsel hereby consent to the form and entry of this Order. The parties agree that facsimile signatures will be equivalent to original signatures and that this Order may be executed in counterparts.

COZEN O'CONNOR
Attorneys for Plaintiff Facteon, Inc.

By: _____
Thomas S. Harty

Dated: December 4, 2013

HUGHES HUBBARD & REED LLP
Attorneys for Defendant Pfizer Inc.

By: _____
Wilfred P. Coronato

Dated: December 4, 2013

2

62709219_1