NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FACTEON, INC., | |
| Plaintiff, | Civil Action No. 13-6765 |
| v. | **ORDER** |
| COMP CARE PARTNERS, LLC, et al., | |
| Defendants. | |

PISANO, District Judge

Before the Court is a motion to dismiss filed by Defendant Pfizer Inc. ("Defendant" or "Pfizer) pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff, Facteon, Inc. ("Plaintiff" or "Facteon"), opposes this motion. The Court decides these matters without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons set forth in the accompanying Opinion,

**IT IS**, on this 26th day of November, 2014,

**ORDERED** that Defendant Pfizer's motion to dismiss [ECF No. 32] is **GRANTED**. Accordingly, Defendant Pfizer is dismissed from this action.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.